plaintiff's motion to limit scope of original order for examination before trial denied, with ten dollars costs. Matter remitted to the Special Term to fix the time and place for such examination under the order as now revised. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THOMAS NELSON MCKEE, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Order affirmed, without costs, and without prejudice to a renewal of the motion if the plaintiff does not proceed with the utmost diligence. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIBIO NAPPO, Appellant.— This conviction of burglary in the third degree was against the weight of evidence. There was no sufficient proof of the defendant's commission of the crime. The testimony of the witness Burns to hearing the defendant's voice in the apartment was attempted to be corroborated by her statement that she saw him in the hallway through broken panes of a window in the rear room. This description of the window was negatived by proof that, three weeks later, none of the panes was then broken or cracked, or bore evidence of having been replaced. We think, also, the matter of defendant's employment and his alleged statement, " I don't have to work," was a collateral one, on which it was error to call Officer Mealli in contradiction, in which his alleged remarks to defendant were decidedly prejudicial to his character for industry or steady employment. (*People* v. *Gibson*, 24 App. Div. 12; *People* v. *De Garmo*, 179 N. Y. 130, 134; Whart. Crim. Ev. [10th ed.] § 429a.) The judgment of conviction of the County Court of Kings county is reversed, and a new trial ordered. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THOMAS E. QUINN, Respondent, v. JOHN THATCHER & SON, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

JOHN E. SECOR, Respondent, v. NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

ELMER SOUTHARD, by CHARLES W. SOUTHARD, His Guardian ad Litem, Respondent, v. HARRY M. JACKSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

CHARLES W. SOUTHARD, Respondent, v. HARRY M. JACKSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

JOSEPH ZIMIT, Respondent, v. SARAH CHAITMAN and Others, Appellants.— Order of the County Court of Kings county reversed, demurrer overruled, and motion denied, without costs here or below, upon the ground that matters should not be imported into the complaint upon the theory of judicial notice of the condition of the record in the register's office, nor should a motion to strike out allegations in the answer be based upon such